IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY DENAPLES, | : Civ. No. 3:23-CV-1833 |
| Plaintiff, | : |
| v. | : (Chief Magistrate Judge Bloom) |
| SCRANTON QUINCY CLINIC COMPANY, LLC, | : |
| Defendant. | : |

## ORDER

AND NOW, this 17th day of September 2024, upon consideration of Defendant Scranton Quincy Clinic Company, LLC ("Quincy")'s motion to dismiss the complaint, filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") (Doc. 7), and for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT Quincy's motion to dismiss is DENIED. In accordance with FRCP 12(a)(4)(A), Quincy must file an answer to the complaint within 14 days after this order is entered.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge